_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 02, 2015

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No. 15-11426-abl |
| SIERRA RESOURCE GROUP, INC., | Chapter 11 |
| Debtor. | Hearing Date: May 29, 2015<br>Hearing Time: 10:30 a.m. |

**ORDER GRANTING MOTION OF SUNBURST MINERALS, LLC**

On May 29, 2015, the Court issued its oral ruling regarding the Motion (1) Dismissing the Bankruptcy Case or Granting Relief from the Automatic Stay; and (2) Determining Debtor Has Filed a Single Asset Real Estate Case ("Motion") (ECF No. 18)[1] filed by Sunburst Minerals, LLC ("Sunburst").

At the May 29, 2015, oral ruling, attorney Lesley Miller appeared and attorney Louis M. Bubala appeared telephonically on behalf of Sunburst. Attorney John Cory appeared on behalf of debtor Sierra Resource Group, Inc. ("Debtor"). Attorney Tennille Pereira appeared on behalf of Medina Property Group, LLC. Attorney Edward M. McDonald appeared on behalf of the United States Trustee for Region 17 Tracy Hope Davis.

In its oral ruling, the Court specifically held that this bankruptcy case is a "single asset real estate" case, under 11 U.S.C. § 101(51B); and that cause exists for dismissal or conversion of this case pursuant to 11 U.S.C. § 1112(b)(1). The Court also concluded that no proof of

---

[1] In this Order, references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the Clerk of the Court.

unusual circumstances exists in the record to establish an exception to mandatory conversion or dismissal under 11 U.S.C. § 1112(b)(2). The Court also noted that, if the case had not been dismissed, a finding that cause existed for relief from the automatic stay under 11 U.S.C. § 362(d)(1) would have been warranted.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on May 29, 2015, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52(a), made applicable to this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Debtor's case is determined to be a Single Asset Real Estate case by operation of 11 U.S.C. § 101(51B).

**IT IS FURTHER ORDERED** that this case is **DISMISSED** for cause pursuant to 11 U.S.C. § 1112(b).

Notice and copies sent through:

CM/ECF ELECTRONIC NOTICING AND/OR BNC MAILING MATRIX

and sent via FIRST CLASS MAIL BY THE COURT AND/OR BNC to:

SIERRA RESOURCE GROUP, INC.
3210 N. 37th STREET
HOLLYWOOD, FL 33021

# # #